IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00172-MSK
Criminal Action No. 11-cr-00412-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HILARIO QUINTERO-RODRIGUEZ,

       Defendant.

---

ORDER

---

After preliminary consideration of the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 717), it is now

**ORDERED** that the United States Attorney on or before **March 31, 2014**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 23rd day of January, 2014.

                          **BY THE COURT:**

                          *[signature]*

                          Marcia S. Krieger
                          Chief United States District Judge