IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00412-MSK
Civil Action No. 14-cv-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     HILARIO QUINTERO-RODRIGUEZ,
    a/k/a "The Big Guy", a/k/a "Santa Claus"

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by Chief Judge Marcia S. Krieger on April 16, 2015, the following Final Judgment is hereby entered.

It is ORDERED that Defendant's Petition to Vacate Under 28 U.S.C. § 2255 (#717) is DENIED. It is further

ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this   17th   day of April, 2015.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Patricia Glover
                                         Deputy Clerk